UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
FRESNO DIVISION

IN RE

LAURA W KAYWOOD

Debtor(s)

Bankruptcy Case No:

03-61472-B-7
DEBTOR: LAURA KAYWOOD
FILED 12/23/03 - 02:08 PM
Master Address List
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
FRESNO DIVISION    Jdaf

2003-61472
724

## VERIFICATION OF MASTER ADDRESS LIST

I (We) declare under penalty of perjury that the Master Address List, submitted for this case, either (please check one):

[X]    on computer diskette listing a total of __13__ creditors.

OR

[ ]    by a typed, hard copy in scannable format, consisting of

_____ pages and listing a total of _____ creditors, is a true, correct, and complete listing to the best of my (our) knowledge and belief.

I (We) acknowledge that the accuracy and completeness of the Master Address List is the shared responsibility of the debtor(s) and the debtor's(s) attorney or bankruptcy petition preparer, if any.

I (We) further acknowledge that the Court will rely on the Master Adress List for all mailings, and that the various schedules and statements required by the Bankruptcy Code and the Federal Rules of Bankruptcy Procedure will not be used for mailing purposes.

_/s/ Laura W. Kaywood_  11-19-03
Debtor's Signature    DATE                Joint Debtor's (if any) Signature  DATE

BANKRUPTCY PETITION PREPARER - TOM BINFORD,
319 E EVERGLADE, FRESNO CA 93720, (559) 434-2534

_/s/ Tom_    11-19-03
TOM BINFORD  SSN 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    DATE

**FOR COURT USE ONLY**

____    Diskette readable. Print-out of Master Address List attached; copy provided to filing party with returned diskette.

____    Diskette unreadable (print-out attached). Notice to resubmit provided to filing party with returned diskette.

EDC 2-100 (New 11/98)

Printout of CREDITOR.SCN submitted on disk for debtor Kaywood.   Page 1

AAA Financial Services
PO Box 15137
Wilmington   DE   19886-5137


Chase Advantage Credit
PO Box 52065
Phoenix   AZ   85072-2064


Chase Gold Visa
PO Box 52195
Phoenix   AZ   85072-2195


Chase Mastercard
PO Box 52195
Phoenix   AZ   85072


Chevron
PO Box 2001
Concord   CA   94529-0001


Citi Cards
PO Box 6414
The Lakes   NV   88901-6414


Discover Card
PO Box 30395
Salt Lake City   UT   30395


FELCO
9666 Olive Blvd   790
St Louis   MO   63132


IRS
PO Box 24017
Fresno   CA   93779

```
JCPenney
PO Box 960001
Orlando    FL   32896-0001


Nationwide Credit Inc
PO Box 740640
Atlanta    GA   30374-0640


Sears
PO Box 182149
Columbus   OH   43218-2149


Sunrise Credit Services L2
260 Airport Plaza
Farmingdale   NY   11735-3946
```

//////////////////////Last page////////////////////////